IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT

JUL - 3 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case 1:18-CR-269 (LO) |
| | ) | |
| v. | ) | |
| | ) | Count One: 18 U.S.C. § 922(g)(1) |
| TYUS TERRELL, | ) | (Felon in Possession of a Firearm) |
| a/k/a "Taz" | ) | |
| | ) | Forfeiture Notice: |
| Defendant. | ) | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) |

### INDICTMENT

July 2018 Term — Alexandria

### COUNT ONE

*(Felon in Possession of a Firearm)*

THE GRAND JURY CHARGES THAT:

On or about August 1, 2017, in Woodbridge, Virginia, within the Eastern District of Virginia, the defendant, TYUS TERRELL (also known as "Taz"), having previously been convicted of two crimes punishable by imprisonment for a term exceeding one year, namely the following:

> On October 11, 2016, in the Spotsylvania County Circuit Court of a felony, to wit: Possession with the Intent to Manufacture and/or Sell Marijuana, in violation of Code of Virginia § 18.2-248.1; and Obstruction of Justice, in violation of Code of Virginia § 18.2-460;

did knowingly and unlawfully possess in and affecting interstate commerce a firearm, that is, a Inter Ordnance semi-automatic rifle, such firearm having been previously shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS that there is probable cause that the property described below is subject to forfeiture:

Pursuant to Rule 32.2(a), the defendant is hereby notified that, if convicted of Count One, he shall forfeit to the United States all firearms and ammunition involved in or used in such violation. This property includes, but is not limited to, the following firearm: Inter Ordnance Incorporated AK-47-C, 7.62x39 caliber rifle bearing serial number 022585.

(In accordance with Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
Foreperson of the Grand Jury

G. Zachary Terwilliger
United States Attorney

By: _____
Carina A. Cuellar
Colleen E. García
Assistant United States Attorneys